HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAOUL MEILLEUR,<br><br>      Plaintiff,<br><br>    v.<br><br>AT&T INC., a Delaware corporation, and DOES 1 through 20,<br><br>      Defendants. | Case No. 11-cv-01025 MJP<br><br>STIPULATION AND [PROPOSED] ORDER RE BRIEFING ON MOTION TO DISMISS<br><br>**NOTED FOR CONSIDERATION:**<br>**FRIDAY, JULY 15, 2011** |

On June 29, 2011, the Court entered an Order setting July 19, 2011 as the date by which Defendants are to answer or otherwise respond to the Class Action Complaint for Damages, Injunctive Relief and Declaratory Relief. It is Defendants intention to file a motion dismiss on July 19. The parties have conferred and hereby stipulate to a briefing schedule whereby Plaintiff's opposition to the motion to dismiss would be due on Friday, August 19, 2011, and Defendants' reply brief would be due on Friday, September 2, 2011.

The parties hereby request that the Court enter an order approving the proposed briefing schedule.

STIPULATION AND [PROPOSED] ORDER RE
BRIEFING ON MOTION TO DISMISS - 1
(11-cv-01025 MJP)

KIPLING LAW GROUP PLLC
3601 FREMONT AVE N, SUITE 414
SEATTLE, WASHINGTON 98103
telephone (206) 545-0345
fax (206) 545-0350

1  SO STIPULATED,

2  DATED this 15th day of July, 2011.          s/ Robert D. Stewart
                                                Robert D. Stewart, WSBA #8998
3                                               Michael E. Kipling, WSBA #7677
                                                KIPLING LAW GROUP PLLC
4                                               3601 Fremont Avenue N., Suite 414
                                                Seattle, WA 98103
5                                               206.545.0345
                                                206.545.0350 (fax)
6                                               E-mail: stewart@kiplinglawgroup.com
                                                E-mail: kipling@kiplinglawgroup.com
7
                                                *Counsel for Defendants*
8

9  DATED this 15th day of July, 2011.          s/ Beth E. Terrell (per email authorization)
                                                Beth E. Terrell, WSBA #26759
10                                              Kimberlee L. Gunning, WSBA #35366
                                                TERRELL MARSHALL DAUDT & WILLIE PLLC
11                                              936 North 34th St., Ste. 400
                                                Seattle, WA 98103
12                                              206.816.6603
                                                206.350.3528 (fax)
13                                              E-mail: bterrell@tmdwlaw.com
                                                E-mail: kgunning@tmdwlaw.com
14
                                                Rob Williamson, WSBA #11387
15                                              Kim Williams, WSBA #9077
                                                WILLIAMSON & WILLIAMS
16                                              17253 Agate Street NE
                                                Bainbridge Island, WA 98110
17                                              206.780.4447
                                                206.780.5557
18                                              E-mail: roblin@williamslaw.com
                                                E-mail: kim@williamslaw.com
19
                                                *Counsel for Plaintiff*
20

21

22  IT IS SO ORDERED.

23
    Dated:_____         _____
24                                              HON. MARSHA J. PECHMAN

25

26

27

STIPULATION AND [PROPOSED] ORDER RE                    KIPLING LAW GROUP PLLC
BRIEFING ON MOTION TO DISMISS - 2                      3601 FREMONT AVE N, SUITE 414
(11-cv-01025 MJP)                                      SEATTLE, WASHINGTON 98103
                                                       telephone (206) 545-0345
                                                       fax (206) 545-0350

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of July, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Kimberlee L. Gunning**
  kgunning@tmdwlaw.com
- **Beth E. Terrell**
  bterrell@tmdwlaw.com
- **Kim Williams**
  kim@williamslaw.com
- **Rob Williamson**
  roblin@williamslaw.com

DATED this 15th day of July, 2011.

s/ Robert D. Stewart
Robert D. Stewart, WSBA #8998
Michael E. Kipling, WSBA #7677
KIPLING LAW GROUP PLLC
3601 Fremont Avenue N., Suite 414
Seattle, WA 98103
206.545.0345
206.545.0350 (fax)
E-mail:  stewart@kiplinglawgroup.com
E-mail:  kipling@kiplinglawgroup.com

*Counsel for Defendants*

STIPULATION AND [PROPOSED] ORDER RE BRIEFING ON MOTION TO DISMISS - 3
(11-cv-01025 MJP)

KIPLING LAW GROUP PLLC
3601 FREMONT AVE N, SUITE 414
SEATTLE, WASHINGTON 98103
telephone (206) 545-0345
fax (206) 545-0350