THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

RAOUL MEILLEUR,

    Plaintiff,

v.

AT&T INC., a Delaware corporation, and DOES 1 through 20,

    Defendants.

NO. 2:11-cv-01025 MJP

**STIPULATION AND ORDER STAYING ACTION PENDING MEDIATION**

    As set forth in the Parties' previous stipulations (Docs. 45 and 54), the parties have been working cooperatively on discovery, including the production of ESI in advance of Plaintiff's motion for class certification, which is currently due on April 30, 2012.

    The Parties have also been discussing the possibility of resolving this matter prior to class certification. As a result of these discussions, the parties have agreed to submit this matter to mediation before the Honorable Edward Infante (retired) on May 29, 2012, which is the earliest date Judge Infante is available.

    The parties believe discovery should not be stayed pending mediation and they intend to continue to work together to ensure that both parties are sufficiently informed about the scope of the class and the underlying facts prior to mediation.

STIPULATION AND ORDER STAYING ACTION
PENDING MEDIATION - 1
CASE NO. 2:11-CV-01025-MJP

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

However, the parties do believe that the deadlines for briefing class certification should be stayed so the parties can focus on preparing for mediation. The parties believe a 60-day stay of the class certification briefing deadlines will allow them to fully explore a potential resolution.

## I. STIPULATION

The parties agree and stipulate as follows:

The parties will mediate this matter before Judge Infante on May 29, 2012.

Discovery will not be stayed pending mediation.

The class certification briefing schedule currently in place (Doc. 54) will be stayed for 60 days so the parties may pursue resolution of this matter.

Within ten (10) days of the end of the stay, the parties will provide a status report to the Court either advising the Court of their progress toward resolution or proposing a new schedule for class certification briefing.

STIPULATED TO AND RESPECTFULLY SUBMITTED this 10th day of April, 2012.

STIPULATION AND ORDER STAYING ACTION
PENDING MEDIATION - 2
CASE NO. 2:11-CV-01025-MJP

**TERRELL MARSHALL DAUDT & WILLIE PLLC**
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

| | |
|---|---|
| TERRELL MARSHALL DAUDT & WILLIE PLLC | MAYER BROWN LLP |
| By: /s/ Beth E. Terrell, WSBA #26759<br>Beth E. Terrell, WSBA #26759<br>Email: bterrell@tmdwlaw.com<br>Kimberlee L. Gunning, WSBA #35366<br>Email: kgunning@tmdwlaw.com<br>936 North 34th Street, Suite 400<br>Seattle, Washington 98103<br>Telephone: 206.816.6603<br>Facsimile: 206.350.3528<br><br>Rob Williamson, WSBA #11387<br>Email: roblin@williamslaw.com<br>Kim Williams, WSBA #9077<br>Email: kim@williamslaw.com<br>WILLIAMSON & WILLIAMS<br>17253 Agate Street NE<br>Bainbridge Island, Washington 98110<br>Telephone: 206.780.4447<br>Facsimile: 206.780.5557<br><br>*Attorneys for Plaintiff and the Classes and Subclasses* | By: /s/ John Muench, *Admitted Pro Hac Vice*<br>Theodore A. Livingston, *Admitted Pro Hac Vice*<br>Email: tlivingston@mayerbrown.com<br>John E. Muench, *Admitted Pro Hac Vice*<br>Email: jmuench@mayerbrown.com<br>Hans J. Germann, *Admitted Pro Hac Vice*<br>hgermann@mayerbrown.com<br>Jeffrey M. Strauss, *Admitted Pro Hac Vice*<br>Email: jstrauss@mayerbrown.com<br>71 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: 312.782.0600<br>Facsimile: 312.701.7711<br><br>Michael E. Kipling, WSBA #7677<br>E-mail: kipling@kiplinglawgroup.com<br>Robert D. Stewart, WSBA #8998<br>E-mail: stewart@kiplinglawgroup.com<br>KIPLING LAW GROUP PLLC<br>3601 Fremont Avenue North, Suite 414<br>Seattle, Washington 98103<br>Telephone: 206.545.0345<br>Facsimile: 206.545.0350<br><br>Geoffrey Amsel, *Admitted Pro Hac Vice*<br>E-mail: ga4146@att.com<br>AT&T SERVICES, INC.<br>208 South Akard, Room 3116<br>Dallas, Texas 75202<br>Telephone: 214.757.3478<br>Facsimile: 214.761.8235<br><br>*Attorneys for Defendants* |

STIPULATION AND ORDER STAYING ACTION
PENDING MEDIATION - 3
CASE NO. 2:11-CV-01025-MJP

**TERRELL MARSHALL DAUDT & WILLIE PLLC**
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

## II. ORDER

IT IS SO ORDERED.

DATED this 10th day of April, 2012.

*[signature]*

Marsha J. Pechman
United States District Judge

Presented by:

TERRELL MARSHALL DAUDT & WILLIE PLLC

By: /s/ Beth E. Terrell, WSBA #26759
   Beth E. Terrell, WSBA #26759
   Email: bterrell@tmdwlaw.com
   Kimberlee L. Gunning, WSBA #35366
   Email: kgunning@tmdwlaw.com
   936 North 34th Street, Suite 400
   Seattle, Washington 98103
   Telephone: 206.816.6603
   Facsimile: 206.350.3528

   Rob Williamson, WSBA #11387
   Email: roblin@williamslaw.com
   Kim Williams, WSBA #9077
   Email: kim@williamslaw.com
   WILLIAMSON & WILLIAMS
   17253 Agate Street NE
   Bainbridge Island, Washington 98110
   Telephone: 206.780.4447
   Facsimile: 206.780.5557

*Attorneys for Plaintiff and the Classes and Subclasses*

STIPULATION AND ORDER STAYING ACTION
PENDING MEDIATION - 4
CASE NO. 2:11-CV-01025-MJP

**TERRELL MARSHALL DAUDT & WILLIE PLLC**
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

| | |
|---|---|
| 1 | MAYER BROWN LLP |
| 2 | |
| 3 | By: /s/ John Muench, *Admitted Pro Hac Vice* |
| |     Theodore A. Livingston, *Admitted* |
| |       *Pro Hac Vice* |
| 4 |     Email:  tlivingston@mayerbrown.com |
| 5 |     John E. Muench, *Admitted Pro Hac Vice* |
| |     Email:  jmuench@mayerbrown.com |
| 6 |     Hans J. Germann, *Admitted Pro Hac Vice* |
| |     hgermann@mayerbrown.com |
| 7 |     Jeffrey M. Strauss, *Admitted Pro Hac Vice* |
| 8 |     Email:  jstrauss@mayerbrown.com |
| |     71 South Wacker Drive |
| 9 |     Chicago, Illinois   60606 |
| |     Telephone:  312.782.0600 |
| 10 |     Facsimile:  312.701.7711 |
| 11 | |
| |     Michael E. Kipling, WSBA #7677 |
| 12 |     E-mail: kipling@kiplinglawgroup.com |
| |     Robert D. Stewart, WSBA #8998 |
| 13 |     E-mail: stewart@kiplinglawgroup.com |
| |     KIPLING LAW GROUP PLLC |
| 14 |     3601 Fremont Avenue North, Suite 414 |
| 15 |     Seattle, Washington   98103 |
| |     Telephone:  206.545.0345 |
| 16 |     Facsimile:  206.545.0350 |
| 17 | |
| |     Geoffrey Amsel, *Admitted Pro Hac Vice* |
| 18 |     E-mail: ga4146@att.com |
| |     AT&T SERVICES, INC. |
| 19 |     208 South Akard, Room 3116 |
| |     Dallas, Texas 75202 |
| 20 |     Telephone:  214.757.3478 |
| |     Facsimile:  214.761.8235 |
| 21 | |
| | *Attorneys for Defendants* |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

STIPULATION AND ORDER STAYING ACTION
PENDING MEDIATION - 5
CASE NO. 2:11-CV-01025-MJP

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 400
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

# CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on April 10, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael E. Kipling, WSBA #7677
E-mail: kipling@kiplinglawgroup.com
Robert D. Stewart, WSBA #8998
E-mail: stewart@kiplinglawgroup.com
KIPLING LAW GROUP PLLC
3601 Fremont Avenue North, Suite 414
Seattle, Washington  98103
Telephone:  206.545.0345
Facsimile:  206.545.0350

Geoffrey Amsel, *Admitted Pro Hac Vice*
E-mail: ga4146@att.com
AT&T SERVICES, INC.
208 South Akard, Room 3116
Dallas, Texas 75202
Telephone:  214.757.3478
Facsimile:  214.761.8235

Theodore A. Livingston, *Admitted Pro Hac Vice*
Email:  tlivingston@mayerbrown.com
John E. Muench, *Admitted Pro Hac Vice*
Email:  jmuench@mayerbrown.com
Hans J. Germann, *Admitted Pro Hac Vice*
hgermann@mayerbrown.com
Jeffrey M. Strauss, *Admitted Pro Hac Vice*
Email:  jstrauss@mayerbrown.com
Kyle J. Steinmetz, *Admitted Pro Hac Vice*
Email:  ksteinmetz@mayerbrown.com
Matthew D. Provance, *Admitted Pro Hac Vice*
Email:  mprovance@mayerbrown.com
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois   60606
Telephone:  312.782.0600
Facsimile:  312.701.7711

*Attorneys for Defendants*

STIPULATION AND ORDER STAYING ACTION
PENDING MEDIATION - 6
CASE NO. 2:11-CV-01025-MJP

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 400
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com


DATED this 10th day of April, 2012.

TERRELL MARSHALL DAUDT & WILLIE PLLC

By:   /s/ Beth E. Terrell, WSBA #26759
Beth E. Terrell, WSBA #26759
Email: bterrell@tmdwlaw.com
936 North 34th Street, Suite 400
Seattle, Washington  98103
Telephone:  206.816.6603
Facsimile:  206.350.3528

*Attorneys for Plaintiff and the Classes and Subclasses*

STIPULATION AND ORDER STAYING ACTION
PENDING MEDIATION - 7
CASE NO. 2:11-CV-01025-MJP

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 400
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com