THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RAOUL MEILLEUR,<br><br>        Plaintiff,<br><br>    v.<br><br>AT&T CORP., a New York corporation, and DOES 1 through 20,<br><br>        Defendants. | NO. 2:11-cv-01025 MJP<br><br>**STIPULATED MOTION TO AMEND THE FINAL APPROVAL ORDER AND FINAL JUDGMENT**<br><br>**Noted for Consideration: 3/15/13** |

Now comes the Plaintiff, Raoul Meilleur ("Meilleur") and the Defendant AT&T Corp. ("AT&T"), by and through their attorneys, and for their Joint Motion to Amend the Final Approval Order and Final Judgment jointly state as follows:

1. On March 13, 2013, this Court entered a Final Approval Order and Judgment (Dkt. #76) (the "Final Approval Order") dismissing the above-captioned matter in its entirety.

2. In the Final Approval Order, the Court granted Class Counsel's request for an award of reasonable Attorneys' Fees and Costs and awarded fees and costs in the amount of $758,034.50. This amount represents the hours worked by Class Counsel, as described in the

STIPULATED MOTION TO AMEND THE FINAL
APPROVAL ORDER AND FINAL JUDGMENT - 1
CASE NO. 2:11-CV-01025-MJP

**TERRELL MARSHALL DAUDT & WILLIE PLLC**
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdlaw.com

declaration of Rob Williamson and Kim Williams (Dkt. #69) and the declaration of Beth E. Terrell (Dkt. #70), multiplied by a lodestar of 2.2, with the addition of claimed expenses.

3. The Settlement Agreement provides that "[i]n no event will the aggregate Attorneys Fees and Costs awarded exceed seven hundred fifty thousand dollars ($750,000)." (Dkt. 61, Ex. A at Art VII § 1(b)). As defined in the Settlement Agreement, Attorneys Fees and Costs includes "all fees and costs and awarded against AT&T[.]" (*Id*. at Art. II § 2). In accordance with the Settlement Agreement, Plaintiff's Motion for Award of Attorneys' Fees and Costs (Dkt. #68) requested a fee and cost award totaling $750,000, which included Plaintiff's costs. *See* Dkt. #68 at 16:8-9, 17:10-11.

4. The attorneys' fees and costs awarded by the Court exceed those agreed to in the Parties' Settlement Agreement and the amount requested in Plaintiff's Motion for Award of Attorneys' Fees and Costs by $8,034.50. Amending the Final Approval Order to award $750,000 in Attorneys' Fees and Costs would reflect the Parties' agreement while still providing Class Counsel with all of their agreed upon expenses.

WHEREFORE, the Parties respectfully request that this Court enter an ORDER amending the Final Approval Order at page 7, line 14, replacing the amount of $758,034.50 with the amount of $750,000. Paragraph ¶ 18 of the Final Approval Order would then read "The Court hereby grants Class Counsel's request for an award of reasonable Attorneys' Fees and Costs in the amount of $750,000. The Court further grants Class Counsel's application for an Incentive Award for Raoul Meilleur in the amount of $10,000."

STIPULATED MOTION TO AMEND THE FINAL
APPROVAL ORDER AND FINAL JUDGMENT - 2
CASE NO. 2:11-CV-01025-MJP

**TERRELL MARSHALL DAUDT & WILLIE PLLC**
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

RESPECTFULLY SUBMITTED AND DATED this 15th day of March, 2013.

| TERRELL MARSHALL DAUDT & WILLIE PLLC | MAYER BROWN LLP |
|---|---|
| By: /s/ Kimberlee L. Gunning WSBA #35366<br>Beth E. Terrell, WSBA #26759<br>Email: bterrell@tmdwlaw.com<br>Kimberlee L. Gunning, WSBA #35366<br>Email: kgunning@tmdwlaw.com<br>936 North 34th Street, Suite 400<br>Seattle, Washington 98103<br>Telephone: 206.816.6603<br>Facsimile: 206.350.3528<br><br>Rob Williamson, WSBA #11387<br>Email: roblin@williamslaw.com<br>Kim Williams, WSBA #9077<br>Email: kim@williamslaw.com<br>WILLIAMSON & WILLIAMS<br>17253 Agate Street NE<br>Bainbridge Island, Washington 98110<br>Telephone: 206.780.4447<br>Facsimile: 206.780.5557<br><br>*Attorneys for Plaintiff and the Classes and Subclasses* | By: /s/ Theodore A. Livingston, *Admitted Pro Hac Vice*<br>Theodore A. Livingston, *Admitted Pro Hac Vice*<br>Email: tlivingston@mayerbrown.com<br>John E. Muench, *Admitted Pro Hac Vice*<br>Email: jmuench@mayerbrown.com<br>Hans J. Germann, *Admitted Pro Hac Vice*<br>hgermann@mayerbrown.com<br>Jeffrey M. Strauss, *Admitted Pro Hac Vice*<br>Email: jstrauss@mayerbrown.com<br>71 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: 312.782.0600<br>Facsimile: 312.701.7711<br><br>Michael E. Kipling, WSBA #7677<br>E-mail: kipling@kiplinglawgroup.com<br>Robert D. Stewart, WSBA #8998<br>E-mail: stewart@kiplinglawgroup.com<br>KIPLING LAW GROUP PLLC<br>3601 Fremont Avenue North, Suite 414<br>Seattle, Washington 98103<br>Telephone: 206.545.0345<br>Facsimile: 206.545.0350<br><br>Geoffrey Amsel, *Admitted Pro Hac Vice*<br>E-mail: ga4146@att.com<br>AT&T SERVICES, INC.<br>208 South Akard, Room 3116<br>Dallas, Texas 75202<br>Telephone: 214.757.3478<br>Facsimile: 214.761.8235<br><br>*Attorneys for Defendants* |

STIPULATED MOTION TO AMEND THE FINAL
APPROVAL ORDER AND FINAL JUDGMENT - 3
CASE NO. 2:11-CV-01025-MJP

**TERRELL MARSHALL DAUDT & WILLIE PLLC**
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

## CERTIFICATE OF SERVICE

I, Kimberlee L. Gunning, hereby certify that on March 15, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Michael E. Kipling, WSBA #7677
>E-mail: kipling@kiplinglawgroup.com
>Robert D. Stewart, WSBA #8998
>E-mail: stewart@kiplinglawgroup.com
>KIPLING LAW GROUP PLLC
>3601 Fremont Avenue North, Suite 414
>Seattle, Washington 98103
>Telephone: 206.545.0345
>Facsimile: 206.545.0350
>
>Geoffrey Amsel, *Admitted Pro Hac Vice*
>E-mail: ga4146@att.com
>AT&T SERVICES, INC.
>208 South Akard, Room 3116
>Dallas, Texas 75202
>Telephone: 214.757.3478
>Facsimile: 214.761.8235
>
>Theodore A. Livingston, *Admitted Pro Hac Vice*
>Email: tlivingston@mayerbrown.com
>John E. Muench, *Admitted Pro Hac Vice*
>Email: jmuench@mayerbrown.com
>Hans J. Germann, *Admitted Pro Hac Vice*
>hgermann@mayerbrown.com
>Jeffrey M. Strauss, *Admitted Pro Hac Vice*
>Email: jstrauss@mayerbrown.com
>Kyle J. Steinmetz, *Admitted Pro Hac Vice*
>Email: ksteinmetz@mayerbrown.com
>Matthew D. Provance, *Admitted Pro Hac Vice*
>Email: mprovance@mayerbrown.com
>MAYER BROWN LLP
>71 South Wacker Drive
>Chicago, Illinois 60606
>Telephone: 312.782.0600
>Facsimile: 312.701.7711
>
>*Attorneys for Defendants*

STIPULATED MOTION TO AMEND THE FINAL
APPROVAL ORDER AND FINAL JUDGMENT - 4
CASE NO. 2:11-CV-01025-MJP

**TERRELL MARSHALL DAUDT & WILLIE PLLC**
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

DATED this 15th day of March, 2013.

TERRELL MARSHALL DAUDT & WILLIE PLLC

By: /s/ Kimberlee L. Gunning, WSBA #35366
Kimberlee L. Gunning, WSBA #35366
Email: kgunning@tmdwlaw.com
936 North 34th Street, Suite 400
Seattle, Washington 98103
Telephone: 206.816.6603
Facsimile: 206.350.3528

*Attorneys for Plaintiff and the Classes and Subclass*

STIPULATED MOTION TO AMEND THE FINAL
APPROVAL ORDER AND FINAL JUDGMENT - 5
CASE NO. 2:11-CV-01025-MJP

**TERRELL MARSHALL DAUDT & WILLIE PLLC**
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com