UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAOUL MEILLEUR,

               Plaintiff,

    v.

AT&T INC,

               Defendant.

CASE NO. C11-1025 MJP

ORDER GRANTING STIPULATED
MOTION TO AMEND FINAL
APPROVAL ORDER AND
JUDGMENT

THIS MATTER comes before the Court on the Parties' joint motion to amend the final

approval order and final judgment in this case (Dkt. No. 76) by reducing the award to Class

Counsel. (Dkt. No. 77.) The parties seek to reduce the award from $758,034.50 to $750,000.00

per their settlement agreement. The motion is GRANTED and Class Counsel's award for fees

and costs is reduced to $750,000.00.

The clerk is ordered to provide copies of this order to all counsel.

/

/

Dated this 19th day of March, 2013.


Marsha J. Pechman
Chief United States District Judge